■ Louis Mazzella, Individually, and as Assignee of Jessie Mazzella v. American Home Construction Company, Inc.— Motion for stay granted and the stay contained in the order to show cause, dated March 14, 1960, is

continued, pending the hearing and determination of the appeal on the same terms and conditions as contained in the order to show cause. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.